
FILED

17 DEC 15 PM 12: 01

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 14cr0635-WQH |
|---|---|
| Plaintiff, | PRELIMINARY ORDER OF CRIMINAL FORFEITURE |
| v. | |
| MARLIN LEE GOUGHER, | |
| Defendant. | |

IT IS HEREBY ORDERED THAT:

1. On September 20, 2017, a jury returned with guilty verdicts on Counts 1 through 3 of the Indictment against defendant MARLIN LEE GOUGHER. In addition, the jury returned a special verdict, with regard to the forfeiture of properties. The jury found that the Government had established a nexus between the following properties and the commission of the violation set forth in Count 1 of the Indictment, which is a violation of Title 18, United States Code, Section 2252(a)(2), and forfeitable pursuant to Title 18, United States Code, Sections 2253(a) and (b):

    (a)    MSI Laptop computer, Model MS-1683, serial number A600-029USK0909004038; and

    (b)    Toshiba hard drive, Model MK3263GSX, serial number 79HLF1XS.

//

2. The Court has determined, based on the evidence already in the record, that the Defendant has an interest in the aforementioned forfeited properties, and that the Government has established the requisite nexus between the MSI Laptop computer, Model MS-1683, serial number A600-029USK0909004038 and Toshiba hard drive, Model MK3263GSX, serial number 79HLF1XS and the offenses of conviction.

3. As a result of the Defendant's conviction of the offenses in Counts 1 through 3 of the Indictment, the United States is now entitled to possession of the forfeited properties, pursuant to Title 18, United States Code, Sections 2253(a) and (b).

4. Upon the entry of this Order, the United States is authorized to take custody of the forfeited properties, and all right, title and interest of Defendant MARLIN LEE GOUGHER in the MSI Laptop computer, Model MS-1683, serial number A600-029USK0909004038 and Toshiba hard drive, Model MK3263GSX, serial number 79HLF1XS are hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n).

5. Pursuant to Rule 32.2(b) and (c), the United States is hereby authorized to begin proceedings consistent with any statutory requirements pertaining to ancillary hearings and rights of third parties. The Court shall conduct ancillary proceedings, as the Court deems appropriate only upon the receipt of timely third-party petitions filed with the Court and served upon the United States. The Court may determine any petition without the need for further hearings upon the receipt of the Government's response to any petition. The Court may enter an amended order without further notice to the parties.

6. Pursuant to the Attorney General's authority under Section 853(n)(1) of Title 21, United States Code, Rule 32.2(b)(6), Fed. R. Crim. P., and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions,

the United States forthwith shall publish for thirty (30) consecutive days on the Government's forfeiture website, www.forfeiture.gov, notice of this Order, notice of the United States' intent to dispose of the forfeited properties in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in the forfeited properties must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

7. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the properties, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited properties and any additional facts supporting the petitioner's claim and the relief sought.

8. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties that are the subject of the Preliminary Order of Criminal Forfeiture, as a substitute for published notice as to those persons so notified.

9. Upon adjudication of all third-party interests, this Court will enter an Amended Order of Forfeiture pursuant to 21 U.S.C. § 853(n) as to the aforementioned assets, in which all interests will be addressed.

10. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

DATED: 12/11/17

HON. WILLIAM Q. HAYES
United States District Court