# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 14cr635 WQH |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| MARLIN LEE GOUGHER, | |
| Defendant. | |

HAYES, Judge:

The matter before the Court is the motion to correct transcripts (ECF No. 223) filed by Defendant Marlin Lee Gougher.

Defendant moves the court for a order to correct portions of the certified transcript of his jury trial. Defendant asserts that he "was a very emotional defendant and there are many instances in which he and the Court were interrupting and speaking over each other." (ECF No. 223-1 at 1-2). Defendant asserts that his proposed corrections make sense and the Court should order the transcript corrected to include the words he suggests.

"The transcript in any case certified by the reporter or other individual designated to produce the record shall be deemed prima facie a correct statement of the testimony taken and proceedings had." 28 U.S.C. §753(b). Rule 10(e)(1) of the Federal Rules of Appellate Procedure provides, "[i]f any difference arises about whether the record

truly discloses what occurred in the district court, the difference must be submitted to and settled by that court and the record conformed accordingly." Fed. R. App. Pro. 10(e)(1).

The Court has reviewed the requested corrections and the response of the court reporter. The Court finds that the certified transcript as submitted by court reporter is "a correct statement of the testimony taken and proceedings had." 28 U.S.C. §753(b). The Court will not order any correction to the certified transcript.

IT IS HEREBY ORDERED that the motion to correct transcripts (ECF No. 223) filed by Defendant Marlin Lee Gougher is denied.

DATED: September 21, 2018

**WILLIAM Q. HAYES**
United States District Judge